USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-              :

RONALD GLEN DAVIS,           :

        Defendant.      :

--------------------------------------------------------

**TRANSPORTATION ORDER**

Dkt. No. 21 CR 603 (VEC)

VALERIE CAPRONI, United States District Judge:

WHEREAS Ronald Glen Davis was arrested in this matter on October 7, 2021, in Los Angeles, California, where he lives; and

WHEREAS Mr. Davis was required to appear and was present in person before the undersigned on October 26, 2021 for proceedings in this matter; and

WHEREAS pursuant to 18 U.S.C. § 4285 and upon the application of Mr. Davis, by his attorney Jill R. Shellow, Esq., and upon a finding of indigence, it is hereby

IT IS HEREBY ORDERED that the United States Marshals Service furnish Ronald Glen Davis with funds to cover the cost of one-way airfare and ground transportation from this District to his residence in Los Angeles; and

IT IS FURTHER ORDERED that the expenses associated with Mr. Davis' travel from this District to his residence in Los Angeles shall be paid by the United States Marshals Service.

Dated:  New York, New York
          October  26, 2021

SO ORDERED:

_____
**Valerie Caproni**
**United States District Judge**