# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/08/2021
```



November 8, 2021

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

    RE:    *United States v. Ronald Glen Davis,* 21-cr-603 (VEC)

Dear Judge Caproni:

    I represent Glen Davis, and I am writing to request respectfully that Your Honor extend the deadline by one week for Mr. Davis to secure the required two-cosigners for his $200,000 bond. On October 26, 2021, Magistrate Judge Barbara Moses gave Mr. Davis two weeks to obtain the co-signers. The deadline is tomorrow. I am working with Mr. Davis, and we need a little more time to get everything in order. The Government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:    Ronald Glen Davis (by email)

Application GRANTED.

SO ORDERED.

*[signature]*
Date: November 8, 2021
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC