# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021

November 16, 2021

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
CaproniNYSDChambers@nysd.uscourts.gov



RE:    *United States v. Ronald Glen Davis,* **21-cr-603 (VEC)**

Dear Judge Caproni:

    I represent Glen Davis, and I am writing to request respectfully that Your Honor again extend the deadline by one week for Mr. Davis to secure the required two-cosigners for his $200,000 bond.  The co-signer for moral suasion has signed the bond.  The government has interviewed the second required co-signer this morning, and I submitted all the required documents to the government for review.  The government has not yet advised whether the second co-signer will be approved.  The deadline for Mr. Davis to have two co-signers is today.  I have attempted to reach the two AUSAs who are handling this matter to discuss the extension request, but I have been unsuccessful and so I do not know the government's position.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:    Ronald Glen Davis (by email)

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: November 16, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE