# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains  /  New York  10601

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/09/2022

**MEMO ENDORSED**

March 9, 2022

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
CaproniNYSDChambers@nysd.uscourts.gov

       **RE:**    *United States v. Ronald Glen Davis,* **21-cr-603 (VEC)**

Dear Judge Caproni:

    I represent Glen Davis, and I am writing to respectfully request a temporary modification of the conditions of his bond to permit him to travel to the District of Massachusetts between March 11 and April 16, 2022 for work. Mr. Davis is launching a comedy show called "Life After Basketball" and has confirmed bookings in Massachusetts through April 15, 2022.

    I have spoken with the Pretrial Services Officer (PTS) in the Central District of California where Mr. Davis is supervised (as a courtesy to this District), a supervisor in the PTS office in this District, and the prosecutors. None of them object to this request. I want to bring to Your Honor's attention that PTS and the Government take this position notwithstanding Mr. Davis' admitted violation of the terms of his bail last weekend by traveling to Boston without securing advance permission from Your Honor. Mr. Davis is sincerely sorry for having violated the terms of his bail, and I believe that he understands the serious consequences of any future violations.

    Thank you for your consideration.

                                                        Respectfully submitted,

                                                       Jill R. Shellow

cc:    Ronald Glen Davis (by email)
        PTS CDCA, Tiffany Rivers (by email)
        PTS SDNY, Denis Khilkevich (by email)
        AUSA Ryan Finkel (by email and ECF)

Admitted:  NY, CT, DC

Application GRANTED. Mr. Davis must provide his Pre-Trial Services Officer with a detailed itinerary for his trip, including contact information for each place he will be staying, at least 36 hours in advance of his departure. Pre-Trial Services must inform the Court in a prompt manner if Mr. Davis fails to comply with this requirement.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: March 9, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE