USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                         :
:
                    -against-                                    :   21-CR-603 (VEC)
:
:       ORDER
RONALD GLEN DAVIS,                                               :
:
                                  Defendant.                     :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 18, 2022, Pre-trial Services informed the Court of alleged violations by Mr. Davis of the terms and conditions of his bail.

IT IS HEREBY ORDERED that a bail review hearing on Mr. Davis' bail is scheduled for **Wednesday, May 25, 2022 at 2:00 P.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: May 19, 2022**
      **New York, NY**                                    _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**