USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
-against-                  :         21-CR-603 (VEC)
:
:         ORDER
RONALD GLEN DAVIS,                      :
:
Defendant.              :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 24, 2022, the parties appeared for a bail review hearing.

IT IS HEREBY ORDERED that Mr. Davis must comply with the terms and conditions of his pre-trial release. The Court reminds Mr. Davis that he must:

1. Obtain permission from Pre-Trial Services and the Court before he travels outside the Central District of California, the Southern District of New York, and the Eastern District of New York. Such requests must be made at least one week in advance, although the Court will consider requests made with less notice in the event of extenuating circumstances. Any requests made to the Court with less than one week's notice must explain the circumstances that prevented Mr. Davis from making his request earlier.

2. Keep Pre-Trial Services apprised of any change in residence. Any notice to Pre-Trial Services of a change in residence must be made *before* Mr. Davis moves.

3. Mr. Davis must not use any controlled substances, including marijuana.

4. Mr. Davis must comply with mental health treatment as directed by his Pre-Trial Services officer.

IT IS FURTHER ORDERED that by no later than **Wednesday, June 1, 2022**, Pre-Trial Services must update the Court and the parties on whether Mr. Davis' Pre-Trial Services officer

in California has arranged for mental health treatment for Mr. Davis and the status of that treatment.

**SO ORDERED.**

**Dated: May 24, 2022**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**