USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-against- : 21-CR-603 (VEC)
:
: ORDER
RONALD GLEN DAVIS, :
:
Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 14, 2022, the parties appeared at a change-of-counsel hearing.

IT IS HEREBY ORDERED that, by no later than **Thursday, June 30, 2022**, Mr. Davis must inform the Court whether he would like new Defense counsel appointed or whether he would like to remain with Jill Shellow, his current counsel.

**SO ORDERED.**

**Dated: June 14, 2022**
   **New York, NY**                                             _____
                                                                **VALERIE CAPRONI
                                                                United States District Judge**