# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue / White Plains, NYT 10601

June 26, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/22

**MEMO ENDORSED**

**BY EMAIL AND ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
CaproniNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Ronald Glen Davis,* **21-cr-603 (VEC)**

Dear Judge Caproni:

As directed by Your Honor at the conference held on June 14, 2022, I have conferred with Glen Davis, and yesterday he told me that he wants Your Honor to appoint new CJA counsel.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Kristy Greenberg
      AUSA Ryan Finkel
      Glen Davis

Application GRANTED.

The Court hereby appoints Ms. Sabrina Shroff as CJA counsel. The Clerk of Court is respectfully directed to terminate Ms. Shellow from the Docket.
SO ORDERED.

*Valerie Caproni*   06/27/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Admitted:  NY, DC, CT