**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

July 20, 2022

Hon. Valeri E. Caproni
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/21/2022

**MEMO ENDORSED**

Re: *United States v. Glen Davis*, 21 Cr. 603 (VEC)

Dear Judge Caproni,

With the consent of pre-trial services, Glen Davis writes this court to request temporary modification of his conditions of release so that he may travel for work. Mr. Davis apologies for the less than 7-days notice for the request as he may have been under the impression that prior counsel had made the travel request on his behalf.

Mr. Davis seeks to travel on Delta Airline flight DL 5244 to Chicago on Sunday, July 24, 2022 and return on July 28, 2022. He will be staying at the Thompson Chicago located at 21 East Bellevue Place, Chicago, IL 60611. He has a job acting in a movie which is filming in Chicago.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/Sabrina Shroff
Counsel to Glen Davis

Application GRANTED. The Clerk of Court is respectfully directed to close the open motions at docket entries 424 and 425.

SO ORDERED:

_____
Hon. Valerie E. Caproni   07/21/2022