**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/15/2022
```

## MEMO ENDORSED

August 15, 2022

Hon. Valeri E. Caproni
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Glen Davis*, 21 Cr. 603 (VEC)

Dear Judge Caproni,

With the consent of pre-trial services, Glen Davis writes this Court to request temporary modification of his conditions of release so that he may travel on August 25, 2022 from Los Angeles to Houston, Texas to work for 50 Cent at "Tycon Weekend."

In Houston, Mr. Davis will be staying at the Club Quarters Hotel at 720 Fannin Street. He would return to Los Angeles on August 29, 2022. Travel both ways would be on JetBlue airline. Additional flight and hotel details will be provided to his pretrial officer.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/Sabrina Shroff
Counsel to Glen Davis

Application GRANTED.

SO ORDERED:

_____   08/15/2022
Hon. Valerie E. Caproni

cc: Tiffany Rivers, USPO