**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

March 29, 2023

**By ECF**

Hon. Valeri E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Davis*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

I write with regard to Docket Entry 872 and the Court's endorsement of the government's request for an extension of the deadline by which to submit motions in liminie. By order dated March 28, 2023, the Court granted the request for a continuance and ordered the voir dire, requests to charge, and motions in limine filed by Friday, April 7, 2023. I respectfully request the court allow our papers to be filed on April 10, 2023, as I have a suppression hearing (in Arizona District Court) during the week of April 3, 2023.

I thank the Court for its time and consideration of this request.

                                                      Respectfully submitted,

                                                      */s/ Sabrina Shroff*
                                                 Counsel to Ronald Glen Davis

cc: All counsel of record (by ECF)