

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2023

**By Email**
Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
646-763-1490
sabrinashroff@gmail.com

Re:   *United States v. Davis,* S7 21 Cr. 603 (VEC)

Dear Counsel:

The Government recognizes its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.  Pursuant to those obligations and the Government's other disclosure obligations, and in an abundance of caution, the Government writes to inform you that at least two witnesses have described Ronald Glen Davis, in sum and substance, as "not smart" and naïve.  One such witnesses speculated, in sum and substance, that is likely why he became involved in the scheme.

The Government is aware that its obligations under *Brady v. Maryland* and its progeny are ongoing.  This letter is marked "Highly Confidential" under the terms of the Protective Order in this matter.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-2469/2486

06.20.2018