| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY | 80 BROAD STREET<br>19TH FLOOR<br>NEW YORK, NEW YORK 10004<br>TEL: (646) 763-1490 |

April 28. 2023

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<em><u>United States v. Davis</u></em><u>, 21 Cr. 603 (VEC)</u><br><b>(Redacted Exhibit C)</b>

Dear Judge Caproni:

      As directed by this Court's April 25, 2023 Oder [ECF Docket No. 946], enclosed please find a a copy of Exhibit C with only the identifying information redacted. Exhibit C is part of Mr. Davis's In Limine Motion [ECF Docket No. 917].

      I thank the Court for its continued attention to this matter.

                                              Respectfully submitted,

                                              */s/ Sabrina Shroff*
                                          Counsel to Ronald Glen Davis

SPS/
Enclosure

cc: All counsel of record (by ECF)