USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 21 Cr. 603 (VEC) |
| RONALD GLEN DAVIS, | | |
| Defendant. | : | |

----------------------------------x

Upon the application of Ronald Glen Davis, by his Attorney, Sabrina P. Shroff, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby:

**ORDERED** that the United States Marshals Service furnish Mr. Ronald Glen Davis with funds to cover the cost of travel between Los Angeles, California and New York, so that he may attend the pre-trial conference scheduled for October 20, 2023 at 10:00 a.m. Mr. Davis is to arrive in New York by October 18, 2023. It is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York October 16, 2023

**SO ORDERED:**

_____
HONORABLE VALERIE E. CAPRONI
United States District Judge