USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 21 Cr. 603 (VEC) |
| RONALD GLEN DAVIS, | | |
| Defendant. | : | |

-----------------------------------x

Upon the application of Ronald Glen Davis, by his Attorney, Sabrina P. Shroff, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby:

**ORDERED** that the United States Marshals Service ("USMS") furnish Mr. Ronald Glen Davis with funds to cover the cost of travel between Los Angeles, California and New York, so that he may attend the pre-trial conference scheduled for October 20, 2023 at 10:30 a.m.

Mr. Davis is to arrive in New York by October 20, 2023. This Order allows USMS to issue a ticket for travel on any day between October 17, and October 20, 2023. It is hereby further

**ORDERED** that USMS must either furnish Mr. Davis with a ticket for a flight departing from the Los Angeles International Airport (LAX), or if departing from another airport, USMS must advance Mr. Davis the reasonable cost of local transportation from Mr. Davis's residence to the airport of departure. The Court appreciates the efforts of the USMS.

Dated: New York, New York
       October 18, 2023

**SO ORDERED:**

_____
HONORABLE VALERIE E. CAPRONI
United States District Judge