SABRINA P. SHROFF
ATTORNEY

**MEMO ENDORSED**

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

October 28, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2023

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*United States v. Davis*, 21 Cr. 603 (VEC)
(Letter regarding Mr. Davis' hospitalization on October 28, 2023)

Dear Judge Caproni:

I write to inform the Court that Mr. Davis went to Urgent Care this morning as he continued to suffer from unusually ████████████. Following an examination by medical personnel, he was taken by ambulance to a hospital and is now hospitalized. As soon as I have additional information, I shall inform the Court.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Ronald Glen Davis

---

Defense counsel is ordered to submit a status update on Mr. Davis's health by **Monday, October 30, 2023, at 10:00 A.M.**

SO ORDERED.

*[signature]*   10/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE