**SABRINA P. SHROFF**
ATTORNEY

MEMO ENDORSED

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

October 31, 2023

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023

*United States v. Davis*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

This Court ordered the government to inform the defense of their trial witnesses a day ahead of each trial day. Trial starts tomorrow at 9:30 a.m. Counsel for Mr. Bynum are mid-air – on their way from Chicago to New York. Despite Mr. Bynum's requests to the government (including one for a tentative list of witnesses), it declined to accommodate their schedule. After email exchanges, it stated they will inform us of their witnesses for tomorrow by noon today.

So that we do not have to grovel at the government's feet to get the next day witness list, we ask the Court to set a time certain by which the government must make their disclosure. We leave the time to the Court's discretion.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Ronald Glen Davis

---

The Government is ordered to provide defense counsel with the list of witnesses it will call on Wednesday, November 1, 2023, by **noon today, October 31, 2023**.

The Court will discuss the Defendants' request to set a time by which the Government must provide the Defendants the list of witnesses it will call the next day for the remainder of trial on **Wednesday, November 1, 2023, at 9:15 A.M.**

SO ORDERED.

*(signature)*   10/31/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE