USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA         :

        -against-                :   21-CR-603 (VEC)

RONALD GLEN DAVIS,               :   ORDER

                      Defendant.  :

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 2, 2023, the NBA Plan moved to quash certain subpoenas issued by Mr. Davis;

WHEREAS on November 4, 2023, Mr. Davis opposed the motion to quash; and

WHEREAS a hearing in this matter is scheduled for Monday, November 6, 2023, at 5:15 P.M.

IT IS HEREBY ORDERED that the Plan must bring the notes Jacob Tucker reviewed in preparation for his testimony and for any interview(s) with the Government to the November 6, 2023, hearing.

**SO ORDERED.**

Date: November 4, 2023
      New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**