```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

   UNITED STATES OF AMERICA           :

        -against-                           :

   RONALD GLEN DAVIS,              :     21-CR-603 (VEC)

                      Defendant.   :     ORDER

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Davis must file the unredacted version of his November 5, 2023, letter regarding the good faith defense on ECF by **9:00 P.M. tonight, November 6, 2023**.

**SO ORDERED.**

Dated: November 6, 2023
      New York, NY

                                                            **VALERIE CAPRONI**
                                                      **United States District Judge**