**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

March 26, 2024

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*United States v. Davis*, **21 Cr. 603 (VEC)**

Dear Judge Caproni:

On March 25, 2024, Mr. Davis filed a letter request for a continuance of his April 25, 2024, sentencing date. ECF Docket Entry 1343. The letter contained information that should not be shared with the public or filed on ECF. Mr. Davis filed a redacted version of the letter on the docket which is Docket Entry # 1346. Mr. Davis seeks the Court's permission to file the letter with redactions as the redacted material is private.

Respectfully submitted,
/s/ Sabrina Shroff
Counsel to Ronald Glen Davis


cc: Robert Flemen