**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

April 30, 2024

Hon. Valeri E. Caproni
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Glen Davis*, 21 Cr. 603 (VEC)

Dear Judge Caproni,

Pursuant to 18 U.S.C. § 4285, I respectfully request that issue an order directing the United States Marshals Service to arrange for and fund Mr. Davis's travel between Los Angeles, California and New York, New York for his upcoming court appearance on May 9, 2024 at 11:00 a.m.

Mr. Davis is indigent and cannot pay for the transportation necessary to appear here in the Southern District of New York. As the statute only provides for free one-way travel, I ask this Court to authorize payment under the Criminal Justice Act for his flight back to Los Angeles, California. To the extent possible, the United States Marshal Service should ensure Mr. Davis's flight is out of Los Angeles International Airport.

A draft travel Order is attached for the Court's convenience, but not filed on ECF as it is in Word Format allowing for changes by the Court.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/_____
Sabrina Shroff

Cc: United States Marshal Service
    Pre-trial Services