USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 21 Cr. 603 (VEC) |
| Ronal Glen Davis, | : | |
| Defendant. | : | |

---------------------------------x

Upon the application of Ronald Glen Davis, by his Attorney, Sabrina P. Shroff, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Ronald Glen Davis with funds to cover the cost of travel between Los Angeles, California and New York, New York to arrive in New York by 9: 00 a.m. on May 9, 2024. To the extent possible, the Court encourages the United States Marshal Service to ensure flight departure from the Los Angeles International Airport for either JFK or La Guardia Airport in New York. This Order allows the United States Marshal Service to issue a ticket for travel on any day between May 7, 2024 and May 9, 2024. It is hereby further

**ORDERED** that Mr. Davis's return flight from New York to Los Angeles be paid for pursuant to funds from the Criminal Justice Act.

Dated:   New York, New York
         April 30, 2024

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
United States District Judge