**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

May 1, 2023

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

***United States v. Davis*, 21 Cr. 603 (VEC)**

Dear Judge Caproni:

With this letter Mr. Davis files additional exhibits, which add to exhibits filed as Docket Entry # 1408), all of which are referenced in his sentencing submission (Docket Entry # 1403) of April 25, 2024.

Respectfully submitted,

*/s/ Sabrina Shroff*
Counsel to Ronald Glen Davis

SPS/mtf