# LISA MCDERMOTT, LMHC

*PO Box 212979*
*Royal Palm Beach, FL 33421*
*(561) 758-1300 or (561) 792-7000*
*Lisamcdermott007@gmail.com*

## AREAS OF SPECIALTY

*MITIGATION SPECIALIST               * ADULT & JUVENILE PSYCHOTHERAPY
*ALTERNATIVE SENTENCING SPECIALIST    *DEFENSE INITIATED VICTIM OUTREACH

## LICENSURE/QUALIFICATIONS

**LICENSED MENTAL HEALTH COUNSELOR NEW YORK & FLORIDA*
*QUALIFIED EXPERT AND PRACTITIONER FOR SEX OFFENDERS
*FLORIDA SUPREME COURT CERTIFIED FAMILY/COUNTY COURT MEDIATOR
*QUALIFIED EXPERT FAMILY LAW SOCIAL INVESTIGATIONS
*QUALIFIED PARENT COORDINATOR FOR HIGH CONFLICT FAMILY UNITS
* DOD AND FBI CLEARANCES
*TRAINED AS A DEFENSE VICTIM LIAISON – RESTORATIVE JUSTICE

## QUALIFICATIONS

1994 -   PRESENT     MCDERMOTT & ASSOCIATES, INC.
.

*Mitigation for the purposes of death penalty presentation and/or Alternative Sentencing.* –

*To date has been in 112 capital murder cases in military, federal, state and post conviction cases. Worked with clients in over 37 prisons and county jails across the US.*

*Provided training and consulting services to legal teams regarding life history investigations .Prepare complete psycho social backgrounds providing an understanding of an individual and their behaviors by utilizing extensive knowledge in cultural, environmental, social, psychological, medical and economic factors.  This requires developing a supportive relationship with the client and their family to ascertain the most personal information; utilizing extensive experience in research and fact gathering for both social and psychological aspects of an individual's life including adaptive functioning, child development, trauma and brain injuries.*

*Analyzing birth, medical, education, social welfare, incarceration, military and other records and interviews to determine best expert consultations.  Maintains lists and screens experts to be utilized in penalty phase preparation. Extensive knowledge in brain imaging.*

**Private Clinical Practice** *- with Specialties in Forensic and Family Law cases*

*Services Include - Mental Health Counseling, Social Investigations,
Psychological Evaluations, Adaptive Functioning Assessments and Mediation.*

EDUCATION

| | |
|---|---|
| DEFENSE INITIATED VICTIM OUTREACH TRAINING (DIVO)<br>*Federal Public Defenders Office*<br>*Chicago, Illinois* | 2010 |
| VICTIM OFFENDER MEDIATION/CONFERENCING<br>*American Association of Criminal Justice Professionals*<br>*Victim Offender Mediation Association*<br>*Miami, Florida* | 2007 |
| FLORIDA FORENSIC EXAMINER TRAINING FOR JUVENILES<br>*University of South Florida*<br>*St. Petersburg, Florida* | 2006 |
| FLORIDA FORENSIC EXAMINER TRAINING FOR ADULTS<br>*University of South Florida*<br>*Tampa, Florida* | 2005 |
| MASTER OF SCIENCE, COUNSELING PSYCHOLOGY MENTAL HEALTH<br>*Palm Beach Atlantic University*<br>*West Palm Beach, Florida* | 2002 |
| PROFESSIONAL TRAINING IN A WIDE VARIETY OF MENTAL HEALTH, LEGAL & MITIGATION | 1994 - PRESENT |

PROFESSIONAL MEMBERSHIPS/ENGAGEMENTS

- SPEAKING ENGAGEMENTS…
  - LIFE OVER DEATH SEMINAR, ORLANDO, FL - 2016
    - DEVELOPING AND INTEGRATING MENTAL HEALTH MITIGATION 2016
  - LIFE OVER DEATH SEMINAR, ORLANDO, FL
    - MITIGATION IN DEATH PENALTY CASES 2018

- NATIONAL ASSOCIATION OF SENTENCING AND MITIGATION SPECIALISTS
- MEMBER, FLORIDA MENTAL HEALTH COUNSELORS ASSOC.
- MEMBER AMERICAN MENTAL HEALTH COUNSELORS ASSOC. & PSYCHOLOGICAL ASSOC.
- ASSOCIATE MEMBER, NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS
- VICTIM OFFENDER MEDIATION ASSOCIATION
- MEMBER RESTORATIVE JUSTICE INTERNATIONAL
- CASE CONSULTATION EXPERT..
  - AMERICAN CIVIL LIBERTIES UNION, CAPITAL PUNISHMENT PROJECT
  - NEW YORK DEFENDER SERVICES
  - LEE COUNTY PUBLIC DEFENDERS OFFICE

PROFESSIONAL REFERENCES AVAILABLE UPON REQUEST.