**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

**MEMO ENDORSED**

May 3, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2024

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Davis,* ~~S7~~ S9 21 Cr. 603 (VEC)
(Mr. Davis's request for redacted filing of his sentencing submission and certain exhibits)

Dear Judge Caproni,

Pursuant to Rule 3(A) of the Court's Individual Practice Rules, ~~the Court~~ I seek permission to file redacted versions of Mr. Davis's sentencing submission and the exhibits to the sentencing submission.

Mr. Davis does not wish for his family member's medical condition to be a matter of public knowledge, as it would be upsetting to the family member and perhaps fodder for the press. For that reason, he requests the Court that his sentencing submission (and exhibits to it) be filed in a redacted format and certain exhibits (his immediate family member's letters of support) not be filed on the public docket.

The redactions in the exhibits parallel the redactions in the sentencing submission – information about the health of his family members. Mr. Davis's health issues are a matter of public knowledge and we do not seek redaction of that information.

So that the Court may evaluate the redacted portions, a copy with the redacted sections highlighted has been provided to its Chambers. The redacted version is also provided to Chambers and filed on ECF.

I thank the Court for its time and consideration of this request.

Respectfully submitted,
/s/Sabrina Shroff Counsel to Ronald Glen Davis

---

The motion to redact the sentencing memorandum and Exhibits A-C of Mr. Davis's sentencing submissions is GRANTED. In advance of the May 9, 2024, sentencing hearing in this matter, the parties are ordered to meet and confer as to whether Exhibit D may be filed on the public docket now that this matter has been tried, and if not, to share unredacted copies of the exhibits with the proposed redactions highlighted. The Court notes that at least some of the redactions pertain to the names of cooperators who have been unsealed.

SO ORDERED.

*[signature: Valerie Caproni]*                                              05/03/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE