| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY | 80 BROAD STREET<br>19TH FLOOR<br>NEW YORK, NEW YORK 10004<br>TEL: (646) 763-1490 |

May 8, 2024

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

***United States v. Davis*, 21 Cr. 603 (VEC)**

Dear Judge Caproni:

Please receive additional letters in support of Mr. Davis's request for a sentence of time served.

Respectfully submitted,

*/s/ Sabrina Shroff*
Counsel to Ronald Glen Davis