5-8-2024

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Justice Caproni; Your Honor-

The purpose of this correspondence is to provide details and context regarding Ronald Glen Davis.

I served as his high school basketball for three years (2001-02 to 2003-04 seasons). His high school is considered a Laboratory School. Students are high achievers and over 95% attend college. Prior to attending the LSU Lab School, Glen's educational background could be generously labeled substandard. Often, he missed weeks at a time because he had to assume parental duties for his younger sister. His mother would simply vanish for long periods of time because of her severe drug addiction. Hence, he was hardly ready to immerse himself in the rigors of a high-quality educational environment. We were unable to acquire previous testing results and grades because he had missed so much time. Even with support, I would guess his IQ was between 70-75. Having little education from kindergarten to 9th grade. He flourished with guidance and structure.

However, Glen was determined and realized the way out of poverty would be athletics. He worked to have respectable grades; an amazing accomplishment as he required much remediation to close the virtually nonexistence of standard education prior to high school. Glen flourished in his new environment, and it was the first time Glen had stability in terms of daily routines. This continued through college.

Still, Glen was easily influenced and needed constant monitoring- which of course is impossible. Others in the community attempted to persuade him to leave Baton Rouge or to allow them to represent his interests (street agents). Luckily, we were able to ally Glen with local law enforcement- understanding that Glen would be monitored from afar to ensure he remained on the 'straight and narrow'. While it was difficult at times, he graduated high school and went to college locally where the same program continued. After a wildly successful college career, he took his talents to the NBA where he had a successful career. We were happy for him and supported his efforts to provide for his community using his foundation; I felt Glen could not adjust to the business aspect of being a professional athlete.

During his career, his agent was outstanding and assisted Glen with managing his money. As Glen was introduced to a lavish lifestyle for the first time, he felt it was time to manage his own affairs- as many 20-somethings attempt. Sadly, the same issues with associates not prioritizing his interests were taken advantage and Glen was arrested and convicted of criminal activity.

I deserve some blame for his current situation. We all wanted athletic glory and spent little time prioritizing emotional growth or teaching Glen skills for responsible decision making. Yes, he is an adult; however, his abhorrent situation during formative years proved too much to overcome. Of course, Glen has expressed genuine remorse and clearly understands the stigma of being a felon which will remain with him the rest of his life.


Thank you for your time-

*[signature]*

Ari Fisher
Senior Instructor
Louisiana State University School of Kinesiology
(225) 933-7887