May 8, 2024

Hon. Valerie E. Caproni,
Judge, New York, New York

I am Ursula Denise Carter and I am a substitute teacher at Caroll Magnet High School in Monroe, Louisiana.  I am in a wheelchair and am not able to walk on my own as my mother ran over my foot by accident.  I knew Glen as a child and he and I are from Eden Park and I know the life that his mom had and how bad it was for Glen as a little child – I lived within 4 blocks of his mother's house. Everyone around him knew his mother's problems and the neighbors (the Bird family) would see him walking down the street and would feed him.

I'm writing this to let you all know, how Glen blessed the basketball team at the Carroll School where I was a substitute teacher at. I initiated a Monroe Youth Team of Excellence. This was an organization I put together and we threw a banquet to raise money and because our team had made it to the Championship finals, but they did not win the game. I wanted those young men to know that they were still winners even though they did not have a championship ring. I called Glen's mother and asked her to get in touch with Glen and she did. I notified Glen of a task I wanted to do. He heard me out. I told Glen I wanted to do a banquet for the basketball team. I said they didn't win the Championship, but they had made it that far. I asked him would he support my organization once more. But for the love of basketball and he didn't turn me away. He sponsored me and my organization with a $500 donation. With that donation, I was able to buy foods, plaques for 4 coaches and ribbons with medals for 33 basketball players. I informed the team that a former LSU Basketball Player supported us. I said he's from a place called the hood just like you guys and that in itself gave them great joy. I'm very much grateful for Glen Davis. He left the Eden Park Community, but he didn't forget where he came from. He comes back to Baton Rouge Louisiana and speaks to our youths whenever he gets an opportunity.

I just want to say again what I know about Glen. Glen is a young man that grownup in the Eden Park Community. Glen is/was a child of a mother that used multiple types of stuff. Glen is a young man that was taken care by his village. Neighbors, family and friends took care of Glen alone with his siblings. Despite the illness of Glen's mother had, Glen still endure the task of getting his education. While going to school and being talked about, that did not detour him from getting himself to school trying to get education. While being talked about and his mother being embarrassing for him, he never shunned her but he pursued on and learned a lot from the streets. But thank God he didn't become what his environment issue out to him. Now I also want to tell you how he's helping his community where he was raised. Glen comes back to Baton Rouge for various events and holidays. He supports the community with financial assistance, such as monetary donations and

prize giveaways. He have made sure children had clothes and shoes for school. He donated money to my organization for years. I initiated an organization in 2014, Eden Park Men and Women Of Excellence. We are a 501c3 organization. We are just a group of young ladies and men that care about senior citizens and youth of the community. Glen has contributed money towards buying foods and giveaways for the seniors of Eden Park and various Communities. I have had this organization since May of 2014. Glen Davis has been a great access to it. I constantly thanked him, because sometimes I was last minute and called on him and he made it happen for us. Thank you for taking out time to read and consider my email/letter. Blessings upon blessings

Thanking you in advance
Ursula Carter President/Founder of
Eden Park Men and Women Of Excellence in BR LA and Monroe Youth Team Of Excellence in Monroe LA.