| | |
|---|---:|
| **SABRINA P. SHROFF** | 80 BROAD STREET, 19TH FLOOR |
| ATTORNEY AT LAW | NEW YORK, NEW YORK 10004 |
| | TEL: (646) 763-1490 |

May 9, 2024

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

***United States v. Davis*, 21 Cr. 603 (VEC)**

Dear Judge Caproni:

Ronald Glen Davis respectfully submits a letter of support from Ms. Bullock in further support of his sentence of time served. The letter is attached as Exhibit A. Ms. Bullock speaks to the good work Mr. Davis has done in his community to help those who suffer from and those who bear the consequences of addiction to drugs.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Ronald Glen Davis