



642 EAST 62ND STREET
ANGELES, CA 9001
www.greenhavenla.com
323-676-5270
greenhavenla@gmail.com
License# CCL20-0002151-R01
License# CDPH1000-4648

722 EAST 62ND STREET LOS
LOS ANGELES, CA 90001
www.goverdebrands.com
310-590-5494
 cbullock@goverdebrands.com
License# C11-0000527-LIC

**Mayu 8. 2024**

**To: Honorable Judge Valerie  E. Caproni**
**United States District Court**
**Southern District of New York**
**Thurgood MarshallUnited States Courthouse**
**40 Foley Square**
**New York, New York 10007**
 **FROM: Chonsie Bullock, CEO & Tawaina Wiggins, COO**
 **RE:  Ronald Glen Davis Case Sentencing**

Your Honor, My name is Chonsie Bullock, CEO of GoVerde Incubator,LLC.,  Green Haven LA, LLC. and Clovest & Partner Services, LLC. We are a licensed multi state minority owned cannabis company based in Los Angeles California. We are writing to you in hopes that you get to know a little bit more about the young man that stands before you today., who thoroughly realizes the mistake that has been made. Ronald has been on board with our organization for close to a year now as our Community Liaison Director.

Ronald has gone over and beyond working with our community to bring hope to those that have had the feeling of despair and anxiety,  for many of the young men and women who have been hit hard by the war on drugs. Ronald has helped to shape the minds of many that have felt ashamed and hopeless.

 Ronald has  created a lot of opportunities of bringing together the individuals that feel like no one hears them. We have joined together with other non profit organizations like Saving People of Tomorrow with  the Wiggins Family and Project 43 with Mrs. Ann, to bring light and energy in feeding many families and  explaining that there is always a positive  way to figure things out. Ronald has created a few after school options for young men that want to better understand how to keep busy with school activities as a better and safer way  than the negative side of being in the streets.

We have followed and supported Ronald's lead in building a better tomorrow. Ronald has been dynamic in putting an explanation to men of color dealing with PTSD in urban cities and how the medicinal components of cannabis assist you mentally, emotionally and physically. He has not slowed down in standing tall and proud. We sincerely hope that you can understand why we support Ronald Glen Davis.

Ronald has been a hard working young man. Working with us to expand our footprint within our urban and  minority communities to help ensure social justice, economic development and legacy brands to continue to have a place where there once was just the opposite.

We ask as you read this, Please take everything Iwe have said to heart. We have been perfecting our relationships with all communities and would love to continue to build community with Ronald Glen Davis. Thank you for your time and consideration.

**Chonsie Diane Bullock, CEO**

Green Haven LA, LLC

GoVerde Incubator, LLC

Clovest Retail, LLC