**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

May 9, 2024

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**_United States v. Davis_, 21 Cr. 603 (VEC)**

Dear Judge Caproni:

Yesterday, the Court sentenced Mr. Davis to 40 months in the custody of the Federal Bureau of Prisons. I write to request the following:

1. Court recommend Mr. Davis be designated to a facility close to Atlanta, Georgia.

2. Mr. Davis be allowed to surrender three weeks after he is designated to the facility to which he is designated.

3. Finally, I reiterate my request the Court recommend to the Bureau of Prisons that Mr. Davis be allowed to participate in the RDAP program. https://www.bop.gov/inmates/custody_and_care/substance_abuse_treatment.jsp

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Ronald Glen Davis