**SABRINA P. SHROFF**
ATTORNEY

MEMO ENDORSED

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

May 9, 2024

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/10/2024

***United States v. Davis*, 21 Cr. 603 (VEC)**

Dear Judge Caproni:

Yesterday, the Court sentenced Mr. Davis to 40 months in the custody of the Federal Bureau of Prisons. I write to request the following:

1. Court recommend Mr. Davis be designated to a facility close to Atlanta, Georgia.

2. Mr. Davis be allowed to surrender three weeks after he is designated to the facility to which he is designated.

3. Finally, I reiterate my request the Court recommend to the Bureau of Prisons that Mr. Davis be allowed to participate in the RDAP program. https://www.bop.gov/inmates/custody_and_care/substance_abuse_treatment.jsp

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Ronald Glen Davis

> The Court will request that Mr. Davis be designated to a facility close to Atlanta, Georgia, and recommend that Mr. Davis be considered for participation in the RDAP program. The Court will set a firm surrender date of August 2, 2024. If, as August 2, 2024, approaches, no facility has been designated, Mr. Davis may move to extend his surrender date. Otherwise, if no facility has been designated by August 2, 2024, Mr. Davis must surrender to the United States Marshals Service in the Southern District of New York.
> SO ORDERED.
>
> *[signature]*
>
> 05/10/2024
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE