**MEMO ENDORSED**

# WHITE & WHITE
ATTORNEYS AT LAW

524 EAST 20TH STREET, #6D
NEW YORK, NEW YORK 10009

DIARMUID WHITE
diarmuid@whiwhi.com
-----
BRENDAN WHITE
hendonbgb@gmail.com

TEL: (646) 303-0267

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2024
```

August 27, 2024

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Ronald Glen Davis, 21-CR-603 (VEC); 24-1425 (2d Cir.)*

Dear Judge Caproni:

    As attorney for defendant-appellant Ronald Glen Davis on his appeal in the United States Court of Appeals for the Second Circuit, I respectfully submit this letter to ask that Mr. Davis's surrender date be extended by 50 days to October 20, 2024, in order for Mr. Davis to complete a documentary film project on his life, by a well-established Hollywood production company, currently under production and which will be completed by October 19, 2024, at the latest. Pursuant to this Court's Order of July 30, 2024 (Doc. No. 1556), Mr. Davis is scheduled to surrender to BOP custody at FPC Duluth in Minnesota by September 1, 2024.

    I am, of course, aware that the Court has previously granted a request to extend Mr. Davis's surrender date and that I have previously advised the Court that we would make no further requests. However, the issue underlying this request could not have been anticipated by myself or Mr. Davis, and we respectfully ask the Court to consider these new developments.

    On Friday afternoon, August 23, 2024, I received a call from a law firm that has been working with Mr. Davis in connection with the documentary project, advising me that there were unanticipated delays in the production and asking if it was possible to extend Mr. Davis's surrender date. On Monday afternoon, August

26, 2024, I received a letter from Michael Marangu, an experienced producer and documentary filmmaker who heads Grand Royal Studio and has had numerous productions aired on television and on streaming channels. (A copy of the letter and Mr. Marangu's IMDB page are attached as Exhibit A hereto.)

Mr. Davis was approached by Mr. Marangu about whether he was interested in participating in the project, and has cooperated fully with Mr. Marangu and the production team. Mr. Marangu has a long relationship with longtime NBA star Kevin Garnett, who has been largely involved in funding the project, and the project is in fact fully funded. Shooting and other production work is currently underway and continuing. Mr. Marangu and Grand Royal Studios are in negotiations with Netflix and HBO for distribution and airing of the completed documentary.

In a follow-up communication with the law firm, I was advised that the production delays arise from scheduling difficulties in arranging on-camera interviews with a variety of people from Mr. Davis's life, including former professional teammates and colleagues, many of whom would be speaking directly with Mr. Davis on camera, as the documentary is conceived. Mr. Davis has been very present and responsible in his involvement with the documentary project, but he and the production company have to arrange with representatives of figures who often have had strict schedules of their own. All parties have been doing their best to move the production forward as quickly as possible so shooting can be completed before Mr. Davis's surrender.

Additionally, Mr. Marangu states in his letter that this production has a strong likelihood of generating income for Mr. Davis, and indeed they anticipate that the proceeds could go a long way towards satisfying Mr. Davis's financial obligations arising from the judgment of conviction. Mr. Davis would have an equity interest in the production as the central subject of the documentary, but has not and is not being paid an advance. Mr. Marangu believes, based on his experience in the field, that there is a relatively narrow window of time in which this documentary could be sold and marketed to a mass audience, while the case and its underlying circumstances are still subject to public attention. For the purposes of clarity, I have no involvement or interest whatsoever in the documentary film project or any other aspect of Mr. Davis's personal business, aside from representing him on his direct appeal pursuant to the Criminal Justice Act.

      Finally, we are aware that it is not uncommon for defendants convicted of financial offenses to argue that they can satisfy their restitution or forfeiture obligations more quickly by remaining free, but here there is a clear completion date for the documentary project. Further, as we previously advised the Court, Mr. Davis understands that under any circumstances, he will be required to surrender to Bureau of Prisons custody when ordered to do so by this Court, and is fully prepared to do so.

      By telephone call of this morning, Assistant United States Attorney Ryan Finkel advised me that the Government takes no position on this request.

      Thank you for your consideration of this request.

> Very truly yours,
>
> /s/Brendan White
>
> Attorney for Ronald Glen Davis

Cc:   Ryan Finkel, AUSA

---

Application GRANTED. Mr. Davis's surrender date is hereby ADJOURNED to Tuesday, October 22, 2024. On behalf of the victim, to whom Mr. Davis owes significant restitution, the Court hopes that Mr. Marangu's optimism about the financial rewards of the film is warranted. The Court will not grant any further extensions of Mr. Davis's surrender date.

SO ORDERED.

*[signature]* 8/28/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE